# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN NICOLE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 14-4803 JFW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the amended complaint, the parties' submissions regarding the summary judgment motion, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered in favor of Defendants on the
2  federal causes of action (1, 2, 6, and 7), and that the remainder of the action be
3  dismissed without prejudice for lack of jurisdiction.

4
5  DATE:  7/2/16            _____
                             HON. JOHN F. WALTER
6                            UNITED STATES DISTRICT JUDGE