# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN NICOLE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 14-4803 JFW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered in favor of Defendants on the federal causes of action (1, 2, 6, and 7), and that the remainder of the action be dismissed without prejudice for lack of jurisdiction.

DATE: 7/20/16

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE